ZENO B. BAUCUS
BRYAN T. DAKE
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: zeno.baucus@usdoj.gov
        bryan.dake@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES E. "DOC" JENSEN, JR., Defendant. | CR 18-155-BLG- DLC <br><br> INDICTMENT <br><br> COERCION AND ENTICEMENT <br> Title 18 U.S.C. § 2422(b) <br> (Count I) <br> (Penalty: 15 years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

1

## BACKGROUND

1. Beginning in the 1970's and continuing until approximately 1998, the defendant, JAMES "DOC" JENSEN was employed as an athletic trainer by Custer County High School in Miles City, Montana.

2. In his position as an athletic trainer, JENSEN interacted with the student-athletes at Custer County High School while on school property.

3. In his position as an athletic trainer, JENSEN implemented and employed an allegedly medicinal-based massage regime that was generally referred to as "The Program."

4. "The Program" was administered by JENSEN on the student-athletes of Custer County High School, most of whom were minor children, and involved JENSEN engaging in various forms of sexual activity with student-athletes under the guise that it would improve their athletic performance. JENSEN procured materials from the Internet in order to justify his use of The Program on the student-athletes at Custer County High School.

5. "The Program" was employed by JENSEN on school property, at his personal residence in Miles City, and other locations.

6. JENSEN continued to employ "The Program" following his termination from Custer County High School in approximately 1999.

## COUNT I

That beginning in or before 1995, and continuing until in or around 1999, at Miles City, within Custer County, in the State and District of Montana, the defendant, JAMES E. "DOC" JENSEN, JR., knowingly and unlawfully used means of interstate commerce, including the Internet, to persuade, induce, entice, and coerce an individual who he believed had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense, namely Sexual Assault, in violation of Mont. Code Ann. § 45-5-502, in violation of 18 U.S.C. § 2422(b).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
KURT. G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ State Custody
Bail: _____