UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

RECEIVED
2018 DEC 21 P 3: 47
US MARSHALS SERVICE
BILLINGS, MONTANA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES E. "DOC" JENSEN, JR.,
Defendant.

CR-18-155-BLG-DLC

**WARRANT FOR ARREST**
*State Custody*

FILED
JAN - 3 2018
Clerk, U S District Court
District Of Montana
Billings

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest JAMES E. "DOC" JENSEN, JR. and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging him with Coercion and Enticement in violation of Title 18 United States Code, Section 2422(b).

Assigned to: Zeno Baucus; Bryan Dake

_____
A. Carrillo, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 21st day of December, 2018

| *RETURN* | |
|---|---|
| DATE RECEIVED: | LOCATION: |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: 12/27/2018 | *Rod Ostermiller* |
| LOCATION: ROSEBUD COUNTY JAIL | **UNITED STATES MARSHAL** |
| BY: _____ #3593   Deputy U.S. Marshal | |