**ZENO B. BAUCUS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone:      (406) 657-6101**
**FAX:         (406) 657-6989**
**Email:       Zeno.Baucus@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JAMES E. "DOC" JENSEN, JR.,**<br><br>Defendant. | CR 18-155-BLG-DLC<br><br>**UNITED STATES' DECLARATION REGARDING THE PRODUCTION OF DISCOVERY** |

    The United States hereby declares that it has produced[1] all available electronic evidence to the defense, has verified that said evidence is in its original format, and ensured that defense counsel has been able to view the evidence.

---

    [1] Certain evidence in this case is marked as "Sensitive Material" under

1

The United States further declares that a detailed index has been provided to the defense describing the evidence referenced in this disclosure.

DATED this 18th day of January, 2019.

                                       KURT G. ALME
                                       United States Attorney

                                       *s/ Zeno B. Baucus*
                                       ZENO B. BAUCUS
                                       Assistant U. S. Attorney

---

Local Rule 16.4 for the protection of witnesses. Based on this designation, defense counsels have been advised in the provided index that some material is "available for review" at the United States Attorney's Office in Billings, Montana.