STEVEN C. BABCOCK
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
steven_babcock@fd.org
      Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES ERIC "DOC" JENSEN, JR.,<br><br>Defendant. | Case No. CR-18-155-BLG-DLC<br><br>**UNOPPOSED<br>MOTION TO CONTINUE<br>CHANGE OF PLEA HEARING** |

      COMES NOW Defendant JAMES ERIC "DOC" JENSEN, JR., by and through Defendant's counsel of record, the FEDERAL DEFENDERS OF MONTANA and STEVEN C. BABCOCK, Assistant Federal Defender, and respectfully moves the Court for an order continuing the change of plea hearing, which is currently scheduled to take place on February 22, 2019, at 9:00 a.m.

1

The grounds for this motion are as follows:

1. In light of the Government's filings on today's date, the Brief/Response to Order (Doc 26) and it's Amended Offer of Proof (Doc 27), more time is needed to meet with Mr. Jensen, and review particular areas of his discovery with him again, before counsel will be prepared to move forward with a change of plea hearing.

2. Counsel believes a one-week continuance would be sufficient.

2. Defense Counsel has contacted Zeno Baucus of the United States Attorney's Office, and he has indicated he has no objection to this motion.

RESPECTFULLY SUBMITTED this 21$^{tst}$ day of February, 2019.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on February 21, 2019, the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| __3__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. ZENO BAUCUS
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
   　　　Counsel for the United States.

3. JAMES ERIC "DOC" JENSEN
   　　　Defendant


　　　　　　　　　　　　　　　　　　/s/ Steven C. Babcock
　　　　　　　　　　　　　　　　　　STEVEN C. BABCOCK
　　　　　　　　　　　　　　　　　　Federal Defenders of Montana
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant