STEVEN C. BABCOCK
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
steven_babcock@fd.org
     Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES ERIC "DOC" JENSEN, JR.,<br><br>Defendant. | Case No. CR-18-155-BLG-DLC<br><br><br>**NOTICE TO WITHDRAW CONSENT TO RULE 11 PLEA IN A FELONY CASE MAGISTRATE JUDGE** |

     COMES NOW, Defendant JAMES ERIC "DOC" JENSEN, JR., by and through his Counsel of record, Steven C. Babcock, Assistant Federal Defender, and the Federal Defenders of Montana, hereby provides notice to withdraw the consent to proceed with the change of plea with the Magistrate Judge.

1

On February 7, 2019, Jensen informed the Court that he wished to plead guilty to the Indictment without the benefit of a plea agreement. Doc. 17. Chief Judge Christensen referred the change of plea to the Magistrate Judge and Jensen's change of plea was scheduled for February 12, 2019. At the change of plea hearing, Jensen consented to have the Magistrate Court conduct the anticipated plea of guilty. Doc. 22. The change of plea did not go through. After a continuance, the change of plea is currently scheduled for March 4, 2019.

The undersigned has consulted with Jensen on numerous occasions since February 12, 2019. Jensen still plans on entering a knowingly and voluntarily plea of guilty to the Indictment; however, he is now exercising his right to enter a change of plea before a United States District Court Judge. He withdraws his consent to proceed before a United States Magistrate Judge. Knowing all of the facts of the case and after throughly discussing his options with the undersigned, Jensen is of the belief that changing his plea to guilty at the current time is in his best interest.

The respective parties are willing to travel to Missoula or Butte to proceed before Chief Judge Christensen. The undersigned will be out of the office on March 7-8, 2019. It is respectfully requested that the change of plea be scheduled in the near future if possible.

Zeno B. Baucus and Bryan T. Dake, Assistant United States Attorneys, have been consulted regarding said Notice and have no objection.

RESPECTFULLY SUBMITTED this 28th day of February, 2019.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

      I hereby certify that on February 28, 2019, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
|   1, 2   | CM-ECF |
| \_\_\_\_\_ | Hand Delivery |
|   3   | Mail |
| \_\_\_\_\_ | Overnight Delivery Service |
| \_\_\_\_\_ | Fax |
| \_\_\_\_\_ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. ZENO B. BAUCUS
   BRYAN T. DAKE
   Assistant United States Attorneys
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
         Counsel for the United States

3. JAMES ERIC "DOC" JENSEN
         Defendant

                                            /s/ Steven C. Babcock
                                            STEVEN C. BABCOCK
                                            Federal Defenders of Montana
                                                  Counsel for Defendant