IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES ERIC "DOC" JENSEN, JR.,<br><br>Defendant. | CR 18-155-BLG-DLC-TJC<br><br>**ORDER VACATING CHANGE OF PLEA HEARING** |

Defendant has filed a notice to withdraw his consent to proceed with a change of plea hearing before a Magistrate Judge. (Doc. 30.) Accordingly,

IT IS ORDERED that the change of plea hearing set in this matter for March 4, 2019, is hereby VACATED.

The change of plea hearing will be rescheduled by United States District Court Chief Judge Christensen.

DATED this 1st day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge