IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18–155–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMES E. "DOC" JENSEN, JR., | |
| Defendant. | |

FILED
JUN 19 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

Before the Court is the United States' Unopposed Motion to Quash the Writ of Habeas Corpus *Ad Prosequendum* (Doc. 35) originally filed in this case in order for the federal government to secure the custody of Defendant. The State of Montana has dismissed the charges against Defendant without prejudice. (Doc. 35-2 at 1.) Consequently, the federal government has exclusive custody of Defendant and the writ is now unnecessary. Accordingly,

IT IS ORDERED that the Motion (Doc. 35) is GRANTED and the Writ of Habeas Corpus (Doc. 7) is hereby QUASHED.

IT IS FURTHER ORDERED that Defendant is deemed to be in the exclusive custody of the federal government and shall remain detained in federal custody pending his sentencing in this Court.

1

DATED this 19th day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court