STEVEN C. BABCOCK
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
steven_babcock@fd.org
      Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES E. "DOC" JENSEN, JR., <br><br> Defendant. | Case No. CR-18-155-BLG-DLC <br><br> **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM** |

      COMES NOW Defendant JAMES E. JENSEN, JR., by and through his counsel of record, the FEDERAL DEFENDERS OF MONTANA and STEVEN C. BABCOCK, Assistant Federal Defender, and moves the Court for an order continuing the deadline to file the response to the Government's Sentencing Memorandum currently scheduled for July 24, 2019. It is respectfully requested that this Honorable Court continue the deadline date from July 24, 2019 to July 26, 2019.

1

The Government filed a sentencing memorandum on July 19, 2019. The Government is requesting that this Court vary from the advisory guideline range of 78-97 months and impose a sentence 180 months. The requested sentence is the statutory maximum. PSR ¶98.

Mr. Jensen is currently incarcerated in Shelby, MT. The undersigned needs to see Mr. Jensen before filing a response to the Government's Sentencing Memorandum. Travel plans were made for the undersigned to see Mr. Jensen in Shelby on July 23, 2019. On July 19, 2019, the undersigned was informed that Mr. Jensen could not been seen until July 24, 2019, the day that the response is due. The undersigned needs more time to address the relevant sentencing issues with Mr. Jensen and then file the response. It is respectfully requested that an extension to file a Response to the Government's Sentencing Memorandum be granted until July 26, 2019.

Bryan T. Dake, Assistant United States Attorney, has been contacted and does not object to said motion.

RESPECTFULLY SUBMITTED this 23rd day of July, 2019.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on July 23, 2019, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| __3__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. ZENO B. BAUCUS
   BRYAN T. DAKE
   Assistant United States Attorneys
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
       Counsel for the United States

3. JAMES E. JENSEN, JR.
       Defendant

                                         /s/ Steven C. Babcock
                                         STEVEN C. BABCOCK
                                         Federal Defenders of Montana
                                              Counsel for Defendant